UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARITZA M. ARCOS<br><br>Plaintiff,<br><br>    v.<br><br>SPARK ENERGY, INC.,<br><br>Defendant. | Case No. 1:18-cv-02250<br><br>Honorable Judge Elaine E. Bucklo |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that LARITZA M. ARCOS ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 45 days. The Parties propose to file a stipulated dismissal with prejudice within 45 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 3rd day of July, 2018.

                                                            Respectfully submitted,

                                                            *s/ Mohammed O. Badwan*
                                                             Mohammed O. Badwan
                                                             Sulaiman Law Group, Ltd.
                                                             2500 S. Highland Ave., Ste. 200
                                                             Lombard, IL 60148
                                                             Phone: (630) 575-8181
                                                             mbadwan@sulaimanlaw.com
                                                             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Mohammed O. Badwan*_____
Mohammed O. Badwan
