# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LARITZA M. ARCOS, | Case No. 1:18-cv-02250 |
| Plaintiff, | |
| v. | Honorable Elaine E. Bucklo |
| SPARK ENERGY, INC., | Honorable Mary M. Rowland |
| Defendant. | Magistrate Judge |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41.

Dated: August 13, 2018                             Respectively submitted,

*/s/ Joseph Scott Davidson*                        */s/ William James Kraus*

Joseph Scott Davidson                              William James Kraus
**SULAIMAN LAW GROUP, LTD.**                       **MORGAN, LEWIS & BOCKIUS LLP**
2500 South Highland Avenue                         77 West Wacker Drive
Suite 200                                          Suite 500
Lombard, Illinois 60148                            Chicago, Illinois 60601
+1 630-575-8181                                    +1 312-324-1456
jdavidson@sulaimanlaw.com                          william.kraus@morganlewis.com

*Counsel for Laritza M. Arcos*                     *Counsel for Spark Energy, Inc.*